# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2010

140646

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

ROBERT LEWIS,
        Plaintiff-Appellee,

v

SC: 140646
COA: 283741
St. Joseph CC: 07-000001-CZ

ST. JOSEPH COUNTY MEDICAL CONTROL
AUTHORITY,
        Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the December 1, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2010

Clerk

s0621